USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _April 23, 2020_

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

TRU CREDITOR LITIGATION TRUST,

                              Plaintiff,

        -against-

DAVID A. BRANDON, JOSHUA BEKENSTEIN,
MATTHEW S. LEVIN, PAUL E. RAETHER, NATHANIEL
H. TAYLOR, JOSEPH MACNOW, WENDY A.
SILVERSTEIN, RICHARD GOODMAN, MICHAEL
SHORT, RICHARD BARRY,

                          Defendants.

Case No. 1:20-cv-03054-VM

---------------------------------------------------------------------------X

## ██████████ ORDER GRANTING MOTION TO TRANSFER CASE

Before the Court is the motion of Defendants David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry (collectively, "Defendants") to transfer this case pursuant to 28 U.S.C. §§ 1404(a) and 1412 to the Eastern District of Virginia, Richmond Division, for anticipated referral to the Bankruptcy Court for the Eastern District of Virginia.  Dkt. 3.  Plaintiff TRU Creditor Litigation Trust agrees that, pursuant to 28 U.S.C. § 1404(a), this case should be transferred to the Bankruptcy Court for the Eastern District of Virginia.  Accordingly, and for good cause shown, the Court **GRANTS** Defendants' motion to transfer and **TRANSFERS** this action to the United States District Court for the Eastern District of Virginia, for anticipated referral to Judge Phillips of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

The Clerk of the Court is **DIRECTED** to transfer this proceeding to the United States District Court for the Eastern District of Virginia.

   **IT IS SO ORDERED.**

Dated:    April 23, 2020

                                                                    _____
                                                                    Victor Marrero
                                                                    U.S.D.J.